UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                               No.   21 CR 391-LTS

KEVIN TURNER,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court has received the Government's sentencing submission dated September 10, 2021, which references certain sensitive information concerning Defendant.  For the reasons stated in the Court's sealed memo endorsement dated September 2, 2021, the redacted copy of the Government's submission (docket entry no. 29) may remain on the public docket, and the Court will file the complete, unredacted version of the Government's submission under seal.

      SO ORDERED.

Dated: New York, New York
       September 13, 2021

                                                     /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge